## Commonwealth *v.* Manley, Appellant.

Submitted April 14, 1969. *Richard H. Galloway,* for appellant; *Joseph M. Loughran,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Mazzoccoli, Appellant.

Argued April 15, 1969. *Douglas Walgren,* for appellant, submitted a brief; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.